Hon. Judge Paul A. Crotty, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl St  
Chambers 735  
Courtroom 20-C  
New York, NY 10007

Jan. 2, 2009

Case # : 08 CV 11112



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 1/8/09

RECEIVED  
SDNY PRO SE OFFICE  
2009 JAN -7 P 1:58

Dear Judge Crotty:

On December 22, 2008, I was served with papers at my home at 10:30 PM.

Given the holidays and the unavailability of legal resources, I respectfully request an extension of time in order to find an attorney so that an answer may be filed with the court.

Thank you for your consideration.

Sincerely,  
Kevin Moran

Kevin Moran  
15 Duncan St  
Staten Island NY 10304

**MEMO ENDORSED**

January 8, 2009

The Court notes that this matter has not been designated for pretrial purposes to US Magistrate Judge Peck. An extension will be granted to defendant to Monday February 2, 2009 to retain an attorney to represent him and to answer a move with respect to the complaint. The Court welcomes the parties views on whether this matter should be transferred to the White Plains Division (Rule 21 of the Rules for the Division of Business).

SO ORDERED:  
Paul A. Crotty  1-8-09  
HON. PAUL A. CROTTY  
UNITED STATES DISTRICT JUDGE

Copies E-mailed / Mailed / Faxed  
By Chambers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Nyack Hospital_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

08 Civ. 11112 ( ) ( )

- against -

_Kevin Moran_

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, _Kevin Moran_ (name), declare under penalty of perjury that I have served a copy of the attached _Request for an Extension of Time to File an Answer_ (document you are serving)

upon _Barry Asen_ (name of person served) whose address is

_250 Park Ave. New York, NY 10177-1211_ (where you served document)

by _Mail_ (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _Staten Island_, _NY_
(town/city)   (state)

_January_ _2_, 20_09_
(month)   (day)   (year)

_Kevin Moran_
Signature

_15 Duncan St._
Address

_Staten Island NY_
City, State

_10304_
Zip Code

_(718) 447-1182_
Telephone Number

Rev. 05/2007



Mr. Kevin Moran
15 Duncan St.
Staten Island, NY 10304

Pro Se Office
500 Pearl St #230
New York NY 10007

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

BARRY ASEN
TEL: 212.351.4847
FAX: 212.878.8607
BASEN@EBGLAW.COM

January 6, 2009

**VIA FACSIMILE (212-805-7933)**

Hon. Andrew J. Peck
United States District Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

Re: Nyack Hospital v. Kevin Moran
    08 CV 11112 (PAC) (AJP)

Dear Judge Peck:

As counsel for Plaintiff Nyack Hospital in this matter, we have received Defendant Kevin Moran's enclosed request to the Court that his time to respond to the Hospital's complaint be extended. In violation of Rule 1(E) of both Judge Crotty's and your Individual Practices, Mr. Moran has not asked us whether we would consent to an extension. In any event, to avoid any undue delay in this matter, we request that you schedule a conference at the Court at your earliest convenience.

Thank you for your consideration.

Very truly yours,

Barry Asen

BA:bhc
Enclosure
cc: Judge Paul A. Crotty (By Facsimile, 212-805-6304)
    Mr. Kevin Moran (By Federal Express)

ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NY:3103031v1 NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

Hon. Judge Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl St
Chambers 735
Courtroom 20-C
New York, NY 10007

Jan. 2, 2009

Case #: 08 CV 11112

Dear Judge Crotty:

On December 22, 2008, I was served with papers at my home at 10:30 pm.

Given the holidays and the unavailability of legal resources, I respectfully request an extension of time in order to find an attorney so that an answer may be filed with the court.

Thank you for your consideration.

Sincerely,

Kevin Moran

Kevin Moran
15 Duncan St
Staten Island, NY 10304



# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
TEL: 212.351.4500
FAX: 212.661.0989

## FACSIMILE COVER SHEET

DIRECT: 212 351 4610    DIRECT FAX: 212 661 0989

**PRIVILEGED AND CONFIDENTIAL**

| To: | Fax Number: | Telephone Number: |
|---|---|---|
| Judge Andrew J. Peck | 212-805-7933 | |
| Judge Paul A. Crotty | 212-805-6304 | |

| From: | Barry Asen | Atty. No. | 6320 | Pages (including cover): | |
|---|---|---|---|---|---|
| Date: | January 7, 2009 | Client No.: | 55018.043 | | |

Comments:

**NOTICE OF PRIVILEGE AND CONFIDENTIALITY**

THIS TELECOPY IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

*IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS IN RECEIVING THIS TELECOPY, PLEASE CALL THE SENDER IMMEDIATELY.*

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC
EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

NY:3103089v1