USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
NYACK HOSPITAL,           :    08 CV 11112 (SCR) (PED)
                          :
            Plaintiff,    :    <u>ORDER</u>
                          :
    v.                    :
                          :
KEVIN MORAN,              :
                          :
            Defendant.    :
-----------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

The Court's records in this action disclose that a complaint was filed on December 22, 2008. On June 1, 2010, Magistrate Davison issued a Report and Recommendation granting Defendant's Motion to Dismiss and granting Plaintiff's Motion to Dismiss Defendant's Counterclaims. The parties were given seventeen days to file written objections to the Report and Recommendation. Because no such objections have been filed, it is hereby ORDERED that Judge Davison's Report and Recommendation is adopted and that the petition is dismissed in its entirety.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated: October 19, 2010

*Loretta A. Preska* (signature)
LORETTA A. PRESKA, Chief U.S.D.J.